No. 99–830. STENBERG, ATTORNEY GENERAL OF NEBRASKA, ET AL. v. CARHART. C. A. 8th Cir. [Certiorari granted, 528 U. S. 1110.] Motion of National Association of Prolife Nurses, Inc., for leave to file a brief as *amicus curiae* granted. Motions of Right to Life Advocates, Inc., National Association for the Protection of Unborn Children, James J. Clancy, and Texas Black Americans for Life et al. for leave to file briefs as *amici curiae* denied.

No. 99–7401. TURNER v. UNITED STATES. C. A. Fed. Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [528 U. S. 1111] denied.

No. 99–7402. TURNER v. VIRGINIA. C. A. D. C. Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [528 U. S. 1134] denied.

No. 99–8191. IN RE HELGOTH;
No. 99–8203. IN RE DECKER;
No. 99–8213. IN RE SMITH;
No. 99–8267. IN RE HARRIS;
No. 99–8275. IN RE ADIO-MOWO;
No. 99–8288. IN RE SANDERS;
No. 99–8380. IN RE HAYNES ET VIR;
No. 99–8395. IN RE MURRAY;
No. 99–8427. IN RE SERRANO; and
No. 99–8441. IN RE SAUNDERS. Petitions for writs of habeas corpus denied.

No. 99–8425. IN RE RICHARDS. Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of habeas corpus dismissed. See this Court's Rule 39.8. As petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals,* 506 U. S. 1 (1992) *(per curiam).* JUSTICE STEVENS dissents. See *id.,* at 4, and cases cited therein.